IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KHUMBA FILM PTY. LTD., | ) |
| | ) |
| Plaintiff, | ) Case No.: 14-cv-6608 |
| | ) |
| v. | ) |
| | ) Judge Jorge L. Alonso |
| SHEILA COVERDALE, JEREMY HALE, | ) |
| and JEAN ARZAGA, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JEAN ARZAGA

Plaintiff, Khumba Film Pty. Ltd., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against Defendant Jean Arzaga, Internet Protocol address 98.226.29.37 (formerly Doe No. 20). Each party shall bear its own attorney's fees and costs. Plaintiff is not dismissing any other Defendant at this time.

The respective Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: June 23, 2015        KHUMBA FILM PTY. LTD.

By:    s/Michael A. Hierl
       Michael A. Hierl (Bar No. 3128021)
       Todd S. Parkhurst (Bar No. 2145456)
       Hughes Socol Piers Resnick & Dym, Ltd.
       Three First National Plaza
       70 W. Madison Street, Suite 4000
       Chicago, Illinois 60602
       (312) 580-0100 Telephone
       (312) 580-1994 Facsimile
       mhierl@hsplegal.com

       Attorneys for Plaintiff
       Khumba Film Pty. Ltd.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal of Defendant Jean Arzaga was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on June 23, 2015.

s/Michael A. Hierl